**SO ORDERED.**

Dated: May 26, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

_____

Kevin Hahn, #024277
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032
*kevin@mclaw.org*

Attorneys for Movant
SAXON MORTGAGE SERVICES, INC.,
and its successors and/or assignees

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>TODD S. TULLY AND LINDA C. TULLY,<br><br>Debtors,<br><br>SAXON MORTGAGE SERVICES, INC., and its successors and/or assignees,<br><br>Movant,<br><br>vs.<br><br>TODD S. TULLY AND LINDA C. TULLY, Debtors, and RUSSELL BROWN, Trustee,<br><br>Respondents. | Chapter 13<br><br>Case No. 2:10-bk-06040-RTB<br><br>**ORDER LIFTING STAY**<br>**[Re: 8371 W. MAYA DRIVE, PEORIA, AZ 85383]** |

Movant's Motion for Relief From the Automatic Stay having been properly noticed and no objections thereto having been filed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay as to Movant is terminated with reference to real property generally described as 8371 W. MAYA DRIVE, PEORIA, AZ 85383 ("Property" herein) and legally described as follows:

> *LOT 77, OF WESTWING MOUNTAIN PARCEL 9, ACCORDING TO THE PLAT OF RECORD IN THE OFFICES OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 569 OF MAPS, PAGE 31.*

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall survive any subsequent conversion by the Debtors to another Chapter of the Bankruptcy Code.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE